UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

CARLOS SAMUEL ROJAS LOPEZ,
Petitioner,
v.
MARKWAYNE MULLIN, et al.,
Respondents.

No. 5:26-cv-06677-JDE

ORDER GRANTING PETITION IN PART

On November 9, 2026, Carlos Samuel Rojas Lopez ("Petitioner"), through counsel, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, alleging his detention by immigration authorities violates the Due Process Clause and U.S.C. §§ 1226(a) and 1357(a)(2) (and supporting regulations), seeking, among other relief, his immediate release from custody. Dkt. 1 ("Petition"). Despite a Court order directing Respondents to show cause why the Petition should not be granted by filing a timely Answer and despite being granted a sua sponte one-day extension to file such an Answer after the Answer was initially not timely filed, with an advisement that failure to file an Answer within the extended time authorized may be deemed consent to the granting of the Petition and may result in uncontradicted factual

averments in the Petition being accepted (see Dkt. 5, 7), no such Answer was filed within the time permitted.

Based on the unopposed Petition (see Local Civil Rule 7-12), the Court grants the Petition, in part, ordering Petitioner's immediate release.

THERFORE, IT IS ORDERED that Judgment shall be entered granting the Petition in part, ORDERING Respondents **to immediately release Petitioner Carlos Samuel Rojas Lopez (A# 246-062-780 )** from custody, subject to the least restrictive conditions, if any, necessary to reasonably assure his appearance at future immigration proceedings and the safety of the community, and returning all non-contraband items seized from Petitioner at the time of his detention, and denying the Petition as to all other relief sought without prejudice as moot and/or unsupported.

Dated: November 18, 2026

JOHN D. EARLY
United States Magistrate Judge